677 A.2d 755

IN THE MATTER OF STEPHEN D. BROWN,
AN ATTORNEY AT LAW.

July 1, 1996.

## ORDER

The Disciplinary Review Board on January 25, 1996, having filed with the Court its decision concluding on the basis of a disciplinary stipulation that **STEPHEN D. BROWN** of **EAST ORANGE,** who was admitted to the bar of this State in 1986, should be suspended from the practice of law for a period of three months for violation of *RPC* 3.3(a)(1) and (4) (false statement of material fact to a tribunal and false evidence) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **STEPHEN D. BROWN** is hereby suspended from practice for a period of three months, effective July 24, 1996, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.